| | |
|---|---|
| ☒ District Court<br>LAS ANIMAS County, State of Colorado<br>Court Address:   200 E. First St., Room 304<br>                          Trinidad, CO  81082<br>                          719-846-3316 | ROBERT L. KREIMAN<br>EFILED CLERK OF COURT<br>CO Las Animas County District Court 3rd JD<br>Filing Date: Oct 26 2011 2AM MDT<br>Filing ID: 40557244<br>Review Clerk: COMBINED COURTS<br>LAS ANIMAS COUNTY CO. |
| Michelle Castillo<br>Plaintiff<br><br>Vs<br><br>Trinidad Ambulance District, Brandon Chambers, Dave Bacharach<br>Defendants | |
| | ▲   **COURT USE ONLY**   ▲ |
| | Case Number<br>**11CV139** |
| Attorney or Party Without Attorney: (Name & Address)<br>Phone Number:<br>FAX Number:<br>E-mail:<br>Atty. Reg. #: | Div.: D   Ctrm: |
| **ORDER OF RECUSAL** | |

THE COURT having reviewed the file herein, and it appearing that the undersigned has a professional conflict.

**IT IS ORDERED** that the undersigned Judge hereby disqualifies herself from hearing any proceedings in this matter.  The Chief Judge is hereby requested to appoint a judge to hear all further proceedings.

Dated: October 26, 2011

BY THE COURT:

_Leslie J. Gerbracht_
Leslie J. Gerbracht
District Judge

xc:       Judge Appel
          10/26/11
          mB