| District Court, Las Animas County, State of Colorado<br>Court Address: 200 E. 1st Street, Trinidad, CO  81082 | EFILED Document<br>CO Las Animas County District Court 3rd JD<br>Filing Date: Oct 26 2011 12:00PM MDT<br>Filing ID: 40564649<br>Review Clerk: Gary Vigil |
|---|---|
| Plaintiff: MICHELLE CASTILLO | |
| Defendants: TRINIDAD AMBULANCE DISTRICT, BRANDON CHAMBERS, DAVE BACHARACH | Case #:  2011CV139 |
| **ORDER OF ASSIGNMENT** ||

Appearances:  None

It appearing that the Honorable Leslie Gerbracht has recused herself from hearing any further proceedings in this matter,

**IT IS ORDERED** that the undersigned will preside over all further proceedings herein.

Dated: October 26, 2011

                               BY THE COURT:

                               /S/Claude W. Appel, Chief Judge