IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

        Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT,
BRANDON CHAMBERS and
DAVE BACHARACH

        Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that  a scheduling conference will be held on **February 29, 2012, at 10:30 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on February 23, 2012.**

        The  conference  is  conducted  with  lead  counsel  present  in  person.   No  parties  or

representatives of parties will be permitted to attend.

        Dated: January 20th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge