IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

    Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT, a Colorado Special District,
BRANDON CHAMBERS, in his individual capacity and
DAVE BACHARACH, in his individual capacity,

    Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

    Upon consideration of the defendants' Motion for Summary Judgment, filed July 30, 2012 [18] and the supporting brief and the basis for the motion being the attempted application of the doctrine of judicial estoppel, based on filings made by the plaintiff in bankruptcy proceedings under chapter 13 of the Bankruptcy Code, and upon the conclusion that the doctrine of judicial estoppel is not applicable to bar the claims in this civil action.  It is

    ORDERED that the motion for summary judgment is denied.

    Dated: September 5th , 2012

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge