IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

      Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT, a Colorado Special District,
BRANDON CHAMBERS, in his individual capacity and
DAVE BACHARACH, in his individual capacity,

      Defendants.
_____

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
_____

      Upon consideration of the plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Trinidad Ambulance District [17], and the defendants' response and the plaintiff's reply, it is

      ORDERED that the motion to compel is denied.

      Dated: September 5th , 2012

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge