IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM-MJW

MICHELLE CASTILLO,

    Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT, a Colorado Special District;
BRANDON CHAMBERS, in his individual capacity;
DAVE BACHARACH, in his individual capacity.

    Defendants.

_____

ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT ACCESS OF FILED DOCUMENTS
--------------------------------------------------------------------------------

    THE COURT, having reviewed Plaintiff's Unopposed Motion to Restrict Access, hereby

ORDERS, pursuant to D.C.Colo.LCivR 7.2, the following:

    Plaintiff's Response to Defendants' Motion for Summary Judgment, filed December 17, 2012, and Exhibit C, to that Motion, shall permanently remain under a Level One restriction. Plaintiff's replacement Exhibit C-1, filed with her Motion to Restrict Access, shall be filed subject to a Level One restriction. Plaintiff's replacement Response to Defendant's Motion for Summary Judgment and Exhibit C, also filed with her Motion to Restrict Access, shall be accepted for filing with full public access.

    DATED THIS 26th OF DECEMBER, 2012.

                                                     BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge