IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

      Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT,
BRANDON CHAMBERS and
DAVE BACHARACH,

      Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary

      Plaintiff's Motion for Leave to File Sur-Reply Regarding Misrepresentation of Fact in Defendants' Reply Brief [47] is granted.


DATED: June 10th, 2013