# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                June 20, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-02988-RPM

MICHAEL CASTILLO,                                          Beth A. Doherty Quinn

      Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT,                               Mark C. Overturf
BRANDON CHAMBERS and
DAVE BACHARACH,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:58 a.m.**     **Court in session.**

Court's preliminary remarks and states its summary of the case claims and its view of the case.

Argument by Mr. Overturf.

Argument by Ms. Quinn.

Rebuttal argument by Mr. Overturf.

Further argument by Ms. Quinn.

Further Argument by Mr. Overturf.

**ORDERED:**   Defendants Trinidad Ambulance District, Brandon Chambers, and Dave Bacharach's Motion for Summary Judgment [36], is taken under advisement.

**11:47 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 49 min.