IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

     Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT,
BRANDON CHAMBERS and
DAVE BACHARACH

     Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **October 1, 2013, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on September 26, 2013.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Dated: July 18, 2013

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge