IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

    Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT, a Colorado Special District,
BRANDON CHAMBERS, in his individual capacity and
DAVE BACHARACH, in his individual capacity,

    Defendants.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the conference today, it is

    ORDERED that this matter is set for trial to jury on **February 24, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

    FURTHER ORDERED that a trial preparation conference is set for **February 14, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    Dated: October 1st, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge