IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02988-RPM

MICHELLE CASTILLO,

     Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT, a Colorado Special District,
BRANDON CHAMBERS, in his individual capacity and
DAVE BACHARACH, in his individual capacity,

     Defendants.

_____

## ORDER VACATING TRIAL DATE

_____

Pursuant to the Joint Notice of Settlement [63] filed January 24, 2014, it is

ORDERED that the February 14, 2014, trial preparation conference and the February 24, 2014, trial date are vacated.  The parties shall file a stipulation for dismissal with prejudice on or before February 26, 2014.

Dated:   January 27th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge