IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02988-RPM-MJW

MICHELLE CASTILLO,

    Plaintiff,

v.

TRINIDAD AMBULANCE DISTRICT, a Colorado Special District;
BRANDON CHAMBERS, in his individual capacity; and
DAVE BACHARACH, in his individual capacity.

    Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice;

**ORDERS** that the Motion is **GRANTED** and that this matter is hereby dismissed in its entirety, with prejudice, each party to pay their own attorney fees and costs.

DATED this 24th day of February, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Court Judge